IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROCKPOINT GROUP, L.L.C., | § | |
| | § | No.   41, 2022 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| JONATHAN H. PAUL, | § | C.A. No.   2018-0907 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:   July 20, 2022
Decided:    September 7, 2022

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 7th day of September 2022, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its order dated July 28, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

<u>James T. Vaughn, Jr.</u>
  Justice